UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | |
| <u>Fernando Alonso Medina-Espinoza</u>   ) | Case No.  19-mj-00094-KLM |
| *Defendant* ) | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* <u>Fernando Alonso Medina-Espinoza</u>, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

On or about April 12, 2019, in the State and District of Colorado, defendant, Fernando Alonso Medina-Espinoza, did knowingly, unlawfully and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

Date:   **14 Apr 2019**

_____
*Issuing officer's signature*

City and state:   Denver, Colorado

Hon. Kristen L. Mix, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____        _____

*Arresting officer's signature*

*Printed name and title*