IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-mj-00094-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO ALONSO MEDINA-ESPINOZA,

    Defendant.

## ORDER TO RESTRICT

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3 until further order of the Court.

DATED this __14th__ day of __April__, ~~2018~~ 2019.

BY THE COURT:

_____
KRISTEN L. MIX
Magistrate Judge
DISTRICT OF COLORADO