**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 19mj-00094-KLM**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**FERNANDO ALONSO MEDINA-ESPINOZA,**

    **Defendant.**

---

## NOTICE OF ENTRY OF APPEARANCE

---

The undersigned counsel, Assistant United States Attorney James R. Boma, enters his appearance as counsel for the United States in the above-captioned action.

DATED this 15th day of April, 2019.

                                              JASON R. DUNN
                                              UNITED STATES ATTORNEY

                      By:    *s/ James R. Boma*
                                JAMES R. BOMA
                                Assistant United States Attorney
                                United States Attorney's Office
                                1801 California Street, Suite 1600
                                Denver, Colorado 80202
                                Telephone: (303) 454-0100
                                FAX: (303) 454-0405
                                E-mail: James.Boma@usdoj.gov
                                Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2019, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0405
E-mail: Michelle.Trujillo@usdoj.gov