UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 19-mj-00094-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO ALONSO MEDINA-ESPINOZA,

    Defendant.

## MOTION TO WITHDRAW

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record in the above-captioned case. As grounds for this motion, the government states that AUSA James Boma is lead counsel of record in this case, has filed an Entry of Appearance, and is receiving electronic notice for this case.

Dated this 16th day of April, 2019.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney


By:   *s/Martha A. Paluch*
       MARTHA A. PALUCH
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:  303-454-0901
       E-mail: Martha.Paluch@usdoj.gov

       Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2019, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0901
E-mail: Martha.Paluch@usdoj.gov