FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 APR 17 AM 8:08

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
v. )
)
Fernando Alonso Medina-Espinoza )   Case No. 19-MJ-00094-KLM
*Defendant* )

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Fernando Alonso Medina-Espinoza, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about April 12, 2019, in the State and District of Colorado, defendant, Fernando Alonso Medina-Espinoza, did knowingly, unlawfully and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

Date: **14 Apr 2019**

_____
*Issuing officer's signature*

City and state:   Denver, Colorado

Hon. Kristen L. Mix, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-15-19, and the person was arrested on *(date)* 4-15-19
at *(city and state)* DENVER, CO.

Date:  4-15-19                    _____ TF33

|  |
|--|
| *Arresting officer's signature* <br> _____TFO RADKE_____ <br> *Printed name and title* |